**UNITED STATES of America, Plaintiff–Appellee**

v.

**Pablo CORTES, Defendant–Appellant.**

**No. 14–40886**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 27, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Pablo Cortes pleaded guilty to unlawful presence in the United States after removal following an aggravated felony conviction. In determining Cortes's sentence, the district court imposed a 16–level enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(i), based on Cortes's 2012 Texas conviction for possession with intent to deliver more than 4 but less than 200 grams of methamphetamine in violation of Texas Health & Safety Code § 481.112(d).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cortes contends that his prior conviction was not a drug trafficking offense because the conviction could have been imposed for mere administration of a controlled substance and because delivery under § 481.112 encompasses gifts or unremunerated transfers. Both of these issues are foreclosed. *See United States v. Rodriguez–Bernal*, 783 F.3d 1002, 1003–04, 1008 (5th Cir.2015), *petition for cert. filed* (June 30, 2015) (No. 15–5047); *United States v. Teran–Salas*, 767 F.3d 453, 460–62 (5th Cir.2014), *cert. denied*, —— U.S. ——, 135 S.Ct. 1892, 191 L.Ed.2d 767 (2015); *see also United States v. Martinez–Lugo*, 782 F.3d 198, 200–05 (5th Cir.2015), *petition for cert. filed* (June 19, 2015) (No. 14–10355).

AFFIRMED.